CO-386-online
10/03

# United States District Court
# For the District of Columbia

**FILED**
AUG 19 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ASSOCIATION OF AMERICAN )
RAILROADS )
)
)
vs  Plaintiff )
)  Case: 1:11-cv-01499
)  Assigned To : Boasberg, James E.
DEPARTMENT OF )  Assign. Date : 8/19/2011
TRANSPORTATION, et al. )  Description: General Civil
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __the Association of American Railroads__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __the Association of American Railroads__ which have any outstanding securities in the hands of the public.

AAR is a nonprofit trade association that represents the major freight railroads of the United States, Canada, and Mexico, as well as smaller railroads throughout the U.S. AAR does not have any parent companies, subsidiaries, or corporate affiliates with such outstanding securities.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.C. Bar No. 467195
BAR IDENTIFICATION NO.

Thomas H. Dupree, Jr.
Print Name

1050 Connecticut Avenue, NW
Address

Washington, DC 20036
City      State      Zip Code

202.955.8500
Phone Number