**FILED**

AO 458 (Rev. 06/09) Appearance of Counsel

AUG 1 9 2011

# UNITED STATES DISTRICT COURT

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

for the

District of Columbia

| | |
|---|---|
| Association of American Railroads ) | Case: 1:11-cv-01499 |
| *Plaintiff* ) | Assigned To : Boasberg, James E. |
| v. ) | Assign. Date : 8/19/2011 |
| Department of Transportation, et al ) | Description: General Civil |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Association of American Railroads

Date:   08/19/2011

*Attorney's signature*

Porter Wilkinson - D.C. Bar No. 1001123

*Printed name and bar number*

Gibson, Dunn & Crutcher
1050 Connecticut Ave., NW
Washington, D.C. 20036

*Address*

PWilkinson@gibsondunn.com

*E-mail address*

(202) 887-3709

*Telephone number*

(202) 530-9583

*FAX number*

3