No. 11-____

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**
AUG 19 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ASSOCIATION OF AMERICAN RAILROADS,

*Plaintiff,*

v.

DEPARTMENT OF TRANSPORTATION;
RAY LAHOOD, SECRETARY OF TRANSPORTATION;
FEDERAL RAILROAD ADMINISTRATION;
JOSEPH C. SZABO, ADMINISTRATOR, FEDERAL
RAILROAD ADMINISTRATION,

*Defendants.*

Case: 1:11-cv-01499
Assigned To : Boasberg, James E.
Assign. Date : 8/19/2011
Description: General Civil

## NOTICE OF CONSTITUTIONAL QUESTION

Pursuant to Federal Rule of Civil Procedure 5.1(a), Plaintiff Association of American Railroads ("AAR") serves this Notice of Constitutional Question on the Attorney General of the United States. AAR has filed the attached Complaint in the District Court for the District of Columbia challenging the constitutionality of Section 207 of the Passenger Rail Investment and Improvement Act of 2008 ("PRIIA"). The Complaint raises the question whether Section 207 of PRIIA violates the nondelegation doctrine and the separation of powers principle by placing legislative and rulemaking authority in the hands of Amtrak, a private entity that participates in the very industry it is supposed to regulate.

4

In addition, the Complaint raises the question whether vesting the coercive power of the government in interested private parties violates the due process rights of regulated third parties, as secured by the Fifth Amendment to the United States Constitution.

Respectfully submitted,

| | |
|---|---|
| Louis P. Warchot<br>(D.C. Bar No. 465106)<br>Daniel Saphire<br>(D.C. Bar No. 358806)<br>ASSOCIATION OF AMERICAN<br>  RAILROADS<br>425 3rd Street, SW, Suite 1000<br>Washington, DC 20024<br>(202) 639-2503 | Thomas H. Dupree, Jr.<br>(D.C. Bar No. 467195)<br>Porter Wilkinson<br>(D.C. Bar No. 1001123)<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue NW<br>Washington, DC 20036<br>(202) 955-8500 |

Dated: August 19, 2011.