UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN RAILROADS,<br><br>*Plaintiff,*<br><br>v.<br><br>DEPARTMENT OF TRANSPORTATION;<br>RAY LAHOOD, SECRETARY OF TRANSPORTATION;<br>FEDERAL RAILROAD ADMINISTRATION;<br>JOSEPH C. SZABO, ADMINISTRATOR, FEDERAL RALROAD ADMINISTRATION,<br><br>*Defendants.* | Civil Action No. 1:11-cv-01499 (JEB) |

## CERTIFICATION OF SERVICE OF PROCESS

Pursuant to Federal Rules of Civil Procedure 4 and 5.1 and Local Civil Rule 5.3, the undersigned hereby certifies that on August 19, 2011, the complaint, notice of constitutional question, and summons issued in the above captioned proceeding were served upon the United States Department of Transportation; Ray LaHood, Secretary of Transportation; the Federal Railroad Administration; Joseph C. Szabo, Administrator of the Federal Railroad Administration; Eric Holder, Attorney General of the United States; and Ronald Machen, U.S. Attorney for the District of Columbia via U.S. Postal Service Certified Mail.

The packages served upon the United States Department of Transportation and the Federal Railroad Administration were returned to the sender due to insufficient information. The undersigned hereby certifies that on September 7, 2011, the complaint, notice of constitutional question, and summons issued in the above captioned proceeding were reserved upon the United States Department of Transportation and the Federal Railroad Administration.

True and correct copies of the domestic return receipts are attached hereto for the United States Department of Transportation; Ray LaHood, Secretary of Transportation; the Federal Railroad Administration; Eric Holder, Attorney General of the United States; and Ronald Machen, U.S. Attorney for the District of Columbia. Because the domestic return receipt has not been received for Joseph C. Szabo, Administrator of the Federal Railroad Administration, a true and correct copy of the certified mail receipt and delivery confirmation record are attached hereto.

Dated: September 26, 2011                                            Respectfully submitted,

                                                                          /s/ Porter Wilkinson

Louis P. Warchot                                            Thomas H. Dupree, Jr.
(D.C. Bar No. 465106)                                  (D.C. Bar No. 467195)
Daniel Saphire                                                Porter Wilkinson
(D.C. Bar No. 358806)                                  (D.C. Bar No. 1001123)
ASSOCIATION OF AMERICAN            GIBSON, DUNN & CRUTCHER LLP
  RAILROADS                                                1050 Connecticut Avenue NW
425 3rd Street, SW, Suite 1000                  Washington, DC 20036
Washington, DC 20024                              (202) 955-8500
(202) 639-2503

                                                    *Attorneys for Plaintiff*
                                                    *Association of American Railroads*

## CERTIFICATE OF SERVICE

I, Porter Wilkinson, hereby certify that on September 26, 2011, I caused a copy of the above Certification of Service of Process to be served on the following via U.S. Postal Service Certified Mail:

The Honorable Eric. H. Holder, Jr.
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Department of Transportation
Office of Chief Counsel
Room W31-224
1200 New Jersey Avenue, SE
Washington, DC 20590

The Honorable Ray LaHood
Secretary of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590

Federal Railroad Administration
c/o DOT Office of Chief Counsel
Room W31-224
1200 New Jersey Avenue, SE
Washington, DC 20590

Joseph C. Szabo, Administrator
Federal Railroad Administration
1200 New Jersey Avenue, SE
Washington, DC 20590

The Honorable Ronald C. Machen, Jr.
U.S. Attorney for the District of Columbia
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

/s/ Porter Wilkinson
Porter Wilkinson