IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ASSOCIATION OF AMERICAN RAILROADS, ) ) ) ) Plaintiff, ) ) v. ) ) DEPARTMENT OF TRANSPORTATION, ) *et al.*, ) ) Defendants. ) ) | Case No. 1:11-CV-1499(JEB) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendants—the Department of Transportation; Elaine L. Chao, in her official capacity as Secretary of Transportation; the Federal Railroad Administration; and Patrick T. Warren, in his official capacity as Acting Administrator of the Federal Railroad Administration—hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's March 23, 2017, Memorandum Opinion and Order (ECF Dckt. No. 27).

DATED: May 19, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

1

JUDRY L. SUBAR
Assistant Branch Director

/s/ Justin M. Sandberg
JUSTIN M. SANDBERG (Ill. Bar. No. 6278377)
justin.sandberg@usdoj.gov
Trial Attorney
U.S. Dep't of Justice, Civil Division,
Federal Programs Branch
20 Mass. Avenue, NW,
Rm. 7302
Washington DC 20530
(202) 514-5838